IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION FILE NO. 1:07-cv-2832-CC-JFK |
| vs. | ) ) | |
| LEAR SIEGLER SERVICES, INC., | ) ) | |
| Defendant. | ) | |

**<u>STIPULATED DISMISSAL OF ACTION WITH PREJUDICE</u>**

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Equal Employment Opportunity Commission, with the consent of Defendant Lear Siegler Services, Inc. hereby dismisses this Complaint and lawsuit against Defendant with prejudice. Each party shall bear their own fees and costs in this matter.

s/ Vincent Hill
Georgia Bar No. 354723

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Atlanta District Office
100 Alabama Street, SW, Suite 4R30
Atlanta, Georgia 30303
Telephone:  (404) 562-6823
Facsimile:   (404) 562-6905
Email:        Vincent.hill@eeoc.gov

Counsel for Plaintiff

CONSENTED TO:

s/ Benjamin A. Stone
Georgia Bar No. 683850

Munger & Stone, LLP
999 Peachtree Street, NE
Suite 2850
Atlanta, GA 30309
Telephone:  (404) 815-1884
Fax:  (404) 815-4687
E-mail:  ben.stone@mungerandstone.com